**Order entered January 23, 2023**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00989-CV

**1 COVENTRY COURT, LLC, Appellant**

**V.**

**THE DOWNS OF HILLCREST RESIDENTIAL ASSOCIATION, INC.,**
**Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-01541**

### ORDER

Before the Court is appellant's January 19, 2023 verified emergency motion to retain the appeal on the docket and extend time to file its brief. We **GRANT** the motion and, under the circumstances described, **EXTEND** the deadline for the filing of appellant's brief to April 17, 2023.

/s/ BILL PEDERSEN, III
   JUSTICE